### 13512.   CUTTS *v.* THE STATE.

DECIDED JUNE 14, 1922.

BLOODWORTH, J.   The motion for a new trial in this case contains the general grounds only.  " A verdict supported by any evidence and approved by the trial judge can not be set aside by this court because of alleged insufficiency of evidence." *Townsend* v. *State*, 26 *Ga. App.* 82 (105 S. E. 377.)  See *Cutts* v. *State*, ante, 678.

Under the rulings in the above cases, the judgment in this case must be

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1922.

Indictment for possessing liquor; from Mitchell superior court — Judge R. C. Bell. January 14, 1922.

*Charles Watt,* for plaintiff in error.

*B. C. Gardner, solicitor-general, Billie B. Bush, C. E. Crow,* contra.